IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIP ACQUISITION LLC, | ) |
|                 Plaintiff, | ) |
| v. | ) C.A. No. 12-1689-GMS |
| CHARTER COMMUNICATIONS, INC. and CHARTER COMMUNICATIONS HOLDING COMPANY, LLC, | ) DEMAND FOR JURY TRIAL |
|                 Defendants. | ) |

**CORPORATE DISCLOSURE STATEMENT FOR
CHARTER COMMUNICATIONS, INC. AND CHARTER
COMMUNICATIONS HOLDING COMPANY, LLC**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendants Charter Communications, Inc. and Charter Communications Holding Company, LLC state that Charter Communications, Inc. is a publically traded company having no parent corporation or any other corporation owning 10% of its stock. Charter Communications, Inc. owns more than 10% of the stock of Charter Communications Holding Company, LLC.

|  |  |
|---|---|
| *Of Counsel:* | ASHBY & GEDDES |
|  | */s/ Andrew C. Mayo* |
| Thomas L. Duston | _____ |
| Kevin D. Hogg | Steven J. Balick (#2114) |
| John R. Labbé | Lauren E. Maguire (#4261) |
| Benjamin T. Horton | Andrew C. Mayo (#5207) |
| Sarah J. Kalemeris | 500 Delaware Avenue, 8th Floor |
| MARSHALL, GERSTEIN & BORUN LLP | P.O. Box 1150 |
| 6300 Willis Tower | Wilmington, DE 19899 |
| 233 South Wacker Drive | (302) 654-1888 |
| Chicago, Illinois 60606-6357 | sbalick@ashby-geddes.com |
| (312) 474-6300 | lmaguire@ashby-geddes.com |
| tduston@marshallip.com | amayo@ashby-geddes.com |
| khogg@marshallip.com |  |
| jlabbe@marshallip.com | *Attorneys for Defendants Charter* |
| bhorton@marshallip.com | *Communications, Inc. and Charter* |
| skalemeris@marshallip.com | *Communications Holding Company, LLC* |

Dated: February 5, 2013