IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AIP ACQUISITION LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-1689-GMS |
| | ) | |
| CHARTER COMMUNICATIONS, INC. and | ) | |
| CHARTER COMMUNICATIONS | ) | DEMAND FOR JURY TRIAL |
| HOLDING COMPANY, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 1st day of April, 2013, **DEFENDANTS CHARTER COMMUNICATIONS, INC. AND CHARTER COMMUNICATIONS HOLDING COMPANY, LLC'S RULE 26(a)(1) DISCLOSURES** and **DISCLOSURES PURSUANT TO SECTION 3 OF THE DELAWARE DEFAULT STANDARD FOR DISCOVERY** were served upon the following counsel of record at the address and in the manner indicated:

Stephen B. Brauerman, Esquire                                                                    VIA ELECTRONIC MAIL
Bayard, P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE 19801

Karen H. Bromberg, Esquire                                                                          VIA ELECTRONIC MAIL
Cohen & Gresser LLP
800 Third Avenue
New York, NY 10022

          ASHBY & GEDDES

          */s/ Andrew C. Mayo*

          _____
          Steven J. Balick (#2114)
          Lauren E. Maguire (#4261)
          Andrew C. Mayo (#5207)
          500 Delaware Avenue, 8th Floor
          P.O. Box 1150
          Wilmington, DE 19899
          (302) 654-1888
          sbalick@ashby-geddes.com
          lmaguire@ashby-geddes.com
          amayo@ashby-geddes.com

          *Attorneys for Defendants Charter Communications, Inc., and Charter Communications Holding Company, LLC*

*Of Counsel:*

Dean L. Franklin
Pamela M. Miller
Anthony F. Blum
THOMPSON COBURN, LLP
One US Bank Plaza
St. Louis, Missouri  63101
(314) 552-6000

Dated:  April 1, 2013