IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIP ACQUISITION LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>CHARTER COMMUNICATIONS, INC., AND CHARTER COMMUNICATIONS HOLDING COMPANY, LLC,<br><br>        Defendants. | C.A. No. 12-1689-GMS |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that, on August 2, 2013, copies of: (1) **PLAINTIFF AIP ACQUISITION LLC'S FIRST REQUEST TO DEFENDANTS CHARTER COMMUNICATIONS, INC. AND CHARTER COMMUNICATIONS HOLDING COMPANY, LLC FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 1-34)**; and (2) this **NOTICE OF SERVICE** were served as shown:

**BY E-MAIL**

Steven J. Balick
Lauren E. Maguire
Andrew C. May
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE  19899

**BY E-MAIL**

Kevin D. Hogg
John R. Labbe
Thomas L. Duston
Benjamin T. Horton
Marshall, Gerstein & Borun LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL  60606-6357

| | |
|---|---|
| August 2, 2013 | BAYARD, P.A. |
| OF COUNSEL: | /s/ *Vanessa R. Tiradentes* |
| | Richard D. Kirk (rk0922) |
| COHEN & GRESSER LLP | Stephen B. Brauerman (sb4952) |
| Karen H. Bromberg | Vanessa R. Tiradentes (vt5398) |
| Francisco A. Villegas | 222 Delaware Avenue, Suite 900 |
| Damir Cefo | P.O. Box 25130 |
| 800 Third Avenue | Wilmington, DE  19899 |
| New York, New York 10022 | (302) 655-5000 |
| kbromberg@cohengresser.com | rkirk@bayardlaw.com |
| fvillegas@cohengresser.com | sbrauerman@bayardlaw.com |
| dcefo@cohengresser.com | vtiradentes@bayardlaw.com |
| (212) 957-7600 | |
| | *Attorneys for Plaintiff AIP Acquisition LLC* |