**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AIP ACQUISITION LLC,<br><br>                      Plaintiff,<br><br>     v.<br><br>CHARTER COMMUNICATIONS, INC., AND CHARTER COMMUNICATIONS HOLDING COMPANY, LLC,<br><br>                      Defendants. | C.A. No. 12-1689-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on October 24, 2013, copies of: (1) **PLAINTIFF AIP ACQUISITION LLC'S RESPONSES AND OBJECTIONS TO DEFENDANTS' FIRST SET OF REQUESTS FOR PRODUCTION (NOS. 1-54)** and (2) this **NOTICE OF SERVICE** were served as shown:

| BY E-MAIL | BY E-MAIL |
|---|---|
| Steven J. Balick<br>Lauren E. Maguire<br>Andrew C. May<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE  19899 | Kevin D. Hogg<br>John R. Labbe<br>Thomas L. Duston<br>Benjamin T. Horton<br>Marshall, Gerstein & Borun LLP<br>233 South Wacker Drive<br>6300 Willis Tower<br>Chicago, IL  60606-6357 |

| | |
|---|---|
| October 24, 2013 | BAYARD, P.A. |
| OF COUNSEL: | /s/ *Sara E. Bussiere* |
| | Richard D. Kirk (rk0922) |
| COHEN & GRESSER LLP | Stephen B. Brauerman (sb4952) |
| Karen H. Bromberg | Vanessa R. Tiradentes (vt5398) |
| Francisco A. Villegas | Sara E. Bussiere (sb5725) |
| Damir Cefo | 222 Delaware Avenue, Suite 900 |
| 800 Third Avenue | P.O. Box 25130 |
| New York, New York 10022 | Wilmington, DE  19899 |
| kbromberg@cohengresser.com | (302) 655-5000 |
| fvillegas@cohengresser.com | rkirk@bayardlaw.com |
| dcefo@cohengresser.com | sbrauerman@bayardlaw.com |
| (212) 957-7600 | vtiradentes@bayardlaw.com |
| | sbussiere@bayardlaw.com |

*Attorneys for Plaintiff AIP Acquisition LLC*