IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIP ACQUISITION LLC,<br><br>                      Plaintiff,<br><br>     v.<br><br>CHARTER COMMUNICATIONS, INC., AND CHARTER COMMUNICATIONS HOLDING COMPANY, LLC,<br><br>                      Defendants. | C.A. No. 12-1689-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on December 12, 2013, copies of: (1) **PLAINTIFF AIP ACQUISITION LLC'S OBJECTIONS AND RESPONSES TO DEFENDANTS CHARTER COMMUNICATIONS, INC. AND CHARTER COMMUNICATIONS HOLDING COMPANY, LLC'S FIRST SET OF INTERROGATORIES (NO. 1)** and (2) this **NOTICE OF SERVICE** were served as shown:

| BY E-MAIL | BY E-MAIL |
|---|---|
| Steven J. Balick<br>Lauren E. Maguire<br>Andrew C. May<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19899 | Kevin D. Hogg<br>John R. Labbe<br>Thomas L. Duston<br>Benjamin T. Horton<br>Marshall, Gerstein & Borun LLP<br>233 South Wacker Drive<br>6300 Willis Tower<br>Chicago, IL 60606-6357 |

December 12, 2013

OF COUNSEL:

COHEN & GRESSER LLP
Karen H. Bromberg
Francisco A. Villegas
Damir Cefo
800 Third Avenue
New York, New York 10022
(212) 957-7600
kbromberg@cohengresser.com
fvillegas@cohengresser.com
dcefo@cohengresser.com

BAYARD, P.A.

/s/ *Sara E. Bussiere*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
Sara E. Bussiere (sb5725)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com
sbussiere@bayardlaw.com

*Attorneys for Plaintiff AIP Acquisition LLC*